JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ALBERTO FRANCISCO BRICENO,  )<br>                                                 )<br>            Petitioner,            )<br>    v.                                       )<br>                                                 )<br>A.K. SCRIBNER, WARDEN,     )<br>                                                 )<br>            Respondent.           )<br>_____) | CV 05-00455-MMM<br><br>AMENDED JUDGMENT |

Pursuant to Mandate of the United States Court of Appeals for the Ninth Circuit, the Petition for Writ of Habeas Corpus is partially granted, as to the imposition of the criminal street gang sentence enhancements only. See Briceno v. Scribner, 555 F.3d 1069, 1081 (9th Cir. 2009).

Accordingly, the Superior Court of Orange County shall commence re-sentencing proceedings within 60 days of this date.

DATED: December 31, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE